No. 738. GENERAL MOTORS CORP. (AS TRANSFEREE IN COMPLETE LIQUIDATION OF WALTER J. BEMB, INC.) *v.* UNITED STATES. March 31, 1941. Petition for writ of certiorari to the Court of Claims denied. *Mr. Benjamin E. Jaffe* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth* for the United States.

No. 739. UNITED MOTOR SERVICE, INC. *v.* UNITED STATES. March 31, 1941. Petition for writ of certiorari to the Court of Claims denied. *Mr. Benjamin E. Jaffe* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth* for the United States.

No. 766. MILK CONTROL COMMISSION OF PENNSYLVANIA *v.* GREEN, TRADING AS GREEN'S DAIRY, ET AL. March 31, 1941. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. Claude T. Reno,* Attorney General of Pennsylvania, and *Frank E. Coho,* Deputy Attorney General, for petitioner. *Mr. George H. Hafer* for respondents.

No. 771. BRITISH AMERICAN OIL PRODUCING Co. *v.* BUFFINGTON ET AL. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William E. Allen* for petitioner. *Mr. Mark McMahon* for respondents.